# UNITED STATES DISTRICT COURT
# DISTRICT OF NEBRASKA

| | |
|---|---|
| **PAUL F. BENDER,** individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**UNION BANK AND TRUST COMPANY,**<br><br>Defendant. | Case No. 8:23-cv-00298<br><br>**Magistrate Judge Michael D. Nelson**<br><br>Complaint filed July 12, 2023 |

## APPLICATION TO APPEAR PRO HAC VICE BY ELENA A. BELOV

**COMES NOW** Elena A. Belov of the law firm Almeida Law Group LLC, 849 W. Webster Avenue in Chicago, Illinois 60614, and, pursuant to Nebraska General Rule 1.7(f), hereby requests that she be admitted pro hac vice to serve as additional counsel for Plaintiffs and the Class in the above-referenced matter. Tyler Hudson, of the firm Wagstaff & Cartmell, LLP, will remain as lead counsel for Plaintiffs and the Class. Ms. Belov is a member in good standing of the State Bar of New York (Bar Number 4080891). Ms. Belov has read and acknowledges the following oath: As an officer of the United States District Court for the District of Nebraska I will demean myself faithfully, uprightly, and according to law; and I will support, uphold, and defend the Constitution of the United States of America.

**WHEREFORE**, Ms. Belov respectfully requests that this motion be **GRANTED**.

Dated: July 19, 2023

/s/ Elena A. Belov
Almeida Law Group LLC
849 W. Webster Avenue
Chicago, Illinois 60614
Phone: 312-576-3024
E-mail: david@almeidalawgroup.com

Tyler J. Bean
SIRI & GLIMSTAD LLP
745 Fifth Avenue
Suite 500
New York, NY 10151
Phone: 212-532-1097
Email: tbean@sirillp.com

***Attorneys for Plaintiff Paul Bender***